UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

|  |  |  |
|---|---|---|
| RASHIDAH H. ABDULLAH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| | ) | No. 5:09-CV-8-FL |
| | ) | |
| DUKE UNIVERSITY HEALTH SYSTEM, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, Chief United States District Judge.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered January 21, 2011, pursuant to Rule 41(b) and for the reasons set forth more specifically therein, this case is DISMISSED without prejudice. The plaintiff shall have and recover nothing of this action.

**This Judgment Filed and Entered on January 26, 2011, and Copies To:**

Michael C. Bryne (via CM/ECF Notice of Electronic Filing)
C. Matthew Keen (via CM/ECF Notice of Electronic Filing)


January 26, 2011              DENNIS P. IAVARONE, CLERK
                                /s/ Christa N. Baker
                              (By) Christa N. Baker, Deputy Clerk